UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER NUNES, on behalf of himself and all other persons similarly situated,<br><br>     Plaintiff,<br> -against-<br><br>LM RESTAURANT GROUP LLC d/b/a SIDEBAR, MICHAEL SINENSKY, and SEAN MCGARR<br><br>     Defendants. | Case Number: 12-cv-3232 (HB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT and COUNSELORS:

Please take notice that the undersigned hereby appear as attorneys for defendants, LM RESTAURANT GROUP LLC d/b/a SIDEBAR, MICHAEL SINENSKY, and SEAN MCGARR, in the above-captioned action, and demand that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
   May 8, 2012

                  MEISTER SEELIG & FEIN LLP

                  By: /s/Jeffrey A. Kimmel
                  Jeffrey A. Kimmel
                  jak@msf-law.com
                  2 Grand Central Tower
                  140 East 45th Street, 19th Floor
                  New York, New York 10017
                  (212) 655-3500
                  *Attorneys for Defendants*

To:
Samuel & Stein
David Stein, Esq.
Michael Samuel, Esq.
38 West 32nd Street, Suite 1110
New York, NY 10001
(212) 563-9884
*Attorneys for Plaintiffs*