USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAVIER NUNES, on behalf of himself and all other persons similarly situated,

                      Plaintiff,

-against-

LM RESTAURANT GROUP LLC d/b/a SIDEBAR, MICHAEL SINENSKY, and SEAN MCGARR

                      Defendants.
-----------------------------------------------------------------X

Case Number:

12-civ-3232 (HB)

**STIPULATION**

**WHEREAS** the parties in the above-captioned action are actively engaging in settlement negotiations and seek to avoid expending resources that may not be necessary to expend;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff JAVIER NUNES ("Plaintiff") and defendants LM RESTAURANT GROUP LLC d/b/a SIDEBAR, MICHAEL SINENSKY, and SEAN MCGARR (collectively, "Defendants") in the above-captioned action that:

1. Defendants' time to answer the Complaint in the above-referenced action is extended to July 6, 2012;

2. Defendants waive all defenses related to service of process and personal jurisdiction in connection with the Complaint in this action; and

3. This Stipulation may be signed in multiple counterparts, and by facsimile or pdf scan, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same instrument.

Dated: New York, New York
June 18, 2012

SAMUEL & STEIN

By: _____
David Stein
38 West 32nd Street
Suite 1110
New York, NY 10001
(212) 563-9884
*Attorneys for Plaintiff*

MEISTER SEELIG & FEIN LLP

By: _____
Jeffrey A. Kimmel
Alyson C. Bruns
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3500
*Attorneys for Defendants*

SO ORDERED:

_____ 6/27/12
U.S.D.J.