

# MSF
## MEISTER SEELIG & FEIN LLP

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535
www.meisterseelig.com

Alyson C. Bruns
Attorney at Law
Direct (212) 655-3524
Fax (888) 390-5257
acb@msf-law.com

July 6, 2012

**BY FACSIMILE/212- 805-7901**

Hon. Harold Baer, Jr.
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
Courtroom 23B
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-12
```

Re:   *Nunes, et al. v. LM Restaurant Group LLC d/b/a Sidebar, et al.*,
      **Docket No. 12-CV-3232**

Dear Judge Baer:

We are counsel to the Defendants in the above-captioned action. We write to advise the Court that we have reached a settlement agreement with Plaintiffs which we are in the process of finalizing on paper. Accordingly, we hereby respectfully request an adjournment *sine die* of our Answer due date, which is currently set for July 6, 2012.

Thank you for your consideration.

Respectfully submitted,

Alyson C. Bruns

*[Handwritten: Unless I receive the settlement paperwork first, the Answer is due by July 17.]*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 7/9/12

cc:   David Stein, Esq. (212) 563-9870 (facsimile)

NEW JERSEY
2G Auer Court
Williamsburg Commons
East Brunswick, NJ 08816
Telephone (732) 732-0073
Facsimile (732) 432-4282

CALIFORNIA
Chassman & Seelig LLP
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone (310) 576-2238
Facsimile (310) 576-2551

MASSACHUSETTS
60 State Street
Suite 700
Boston, MA 02109
Telephone (617) 371-2979
Facsimile (617) 371-2981

CONNECTICUT
Canterbury Green
201 Broad Street, Suite 460
Stamford, CT 06901
Telephone (203) 883-1700
Facsimile (203) 358-4072



# MEISTER SEELIG & FEIN LLP

2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Hon. Harold Baer, Jr. | Alyson C. Bruns, Esq. |

| COMPANY: | DATE: |
|---|---|
| United States Magistrate Judge Daniel Patrick Moynihan United States Courthouse | JULY 5, 2012 |

| PHONE NUMBER: | TIME: |
|---|---|
|  | 4:08 PM |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 212- 805-7901 | 2 |

| RE: | CC: |
|---|---|
| *Nunes, et al. v. LM Restaurant Group LLC d/b/a Sidebar, et al.,* <u>Docket No. 12-CV-3232</u> | David Stein, Esq. (212) 563-9870 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

If there are any problems with this transmission or if you do not receive the number of pages indicated above, please contact the sender at 212-655-3500. Our fax number is 212-655-3535.

**IMPORTANT NOTICE: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto. **NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

5430-002 8